UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA BROOKE,

    Plaintiff,

v.

HHR GHSF LLC,

    Defendant.

No. C 19-07631 WHA

**ORDER OF DISMISSAL**

The case management conference regularly came on for hearing on January 23, 2020, at 11:00 a.m. and the parties failed to appear. The Court reset the case management conference for February 20, at 11:00 a.m. and again the parties failed to appear.

**IT IS HEREBY ORDERED** that this case is **DISMISSED** for lack of prosecution. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 20, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE